**Entered on Docket**
**November 08, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

Kristin A. Schuler-Hintz, Esq., SBN 7171
Christopher K. Lezak, Esq., SBN 11185
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-8, Mortgage Pass-Through Certificates, Series 2005-8, its assignees and/or successors and the servicing agent AMERICAS SERVICING COMPANY

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-27800-lbr |
| | ) |
| Roberta R Beuchat, | ) Chapter 7 |
| Aka: Bobby R. Beuchat, | ) |
| | ) DATE: 11/03/10 |
| Debtor. | ) TIME:  10:30 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

*Rev. 12.09*                                                    M&H File No. NV-10-36374
                                                                            10-27800-lbr

1  The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 9002 Haviland Road, Las Vegas, NV 89123.

Secured Creditor will provide not less than 7 days notice of the date, time, and location of the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

IT IS SO ORDERED.


Submitted by:
McCarthy & Holthus, LLP

*/s/Christopher K. Lezak*_____
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*Order Filed 09/30/10-no response received*__
Anthony DeLuca, Esq.
5830 West Flamingo Road, #233
Las Vegas, NV 89103
(702) 873-5386

Approved/Disapproved

*Order Filed 09/30/10-no response received*_
William A. Leonard
5030 Paradise Road #B216
Las Vegas, NV 89119

ALTERNATIVE METHOD re;  RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: Anthony DeLuca

Unrepresented parties appearing: None

Trustee: No Appearance at Hearing; No additional Service required.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

### 

*Rev. 12.09*                                                                                    M&H File No. NV-10-36374
                                                                                                              10-27800-lbr